IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-175-D

| | | |
|---|---|---|
| ADELE HAMED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DYNCORP INTERNATIONAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

The court has considered DynCorp International, LLC's ("DynCorp") motion to dismiss pursuant to Rules 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure [D.E. 9], Adele Hamed's response in opposition [D.E. 14], and DynCorp's reply [D.E. 16].

In light of the record and the governing standard, the court GRANTS the motion to dismiss [D.E. 9] under Rule 12(b)(3) and TRANSFERS this action to the United States District Court for the Eastern District of Virginia.

SO ORDERED. This _2_ day of October 2013.

JAMES C. DEVER III
Chief United States District Judge